UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
FEB - 2 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

-vs-

BRANT R. SCHWARTZ,

    Respondent.
_____/

MISC. NO. 11-mc-51432

HON. GEORGE CARAM STEEH

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liability of respondent, Brant R. Schwartz, and the petition and order having been personally served upon Brant R. Schwartz on December 18, 2011, by leaving a copy at his usual place of abode with a person of suitable age; this cause having come on before the undersigned pursuant to an Amended Order to Show Cause issued December 9, 2011, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Brant R. Schwartz, appear before Revenue Officer Cynthia Spry or her designated representative at 10:00 a.m. on February 16, 2012, at 22600 Hall Road, Suite 102, Clinton Twp., Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and

other data demanded by the summons served upon Brant R. Schwartz on June 6, 2011, the examination to continue from day to day until completed.

                                                          GEORGE CARAM STEEH
                                                          United States District Judge

Entered: 2-2-12