UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Petitioner,

                                 MISC. NO. 11-mc-51432

   -vs-

                                 HON. GEORGE CARAM STEEH

BRANT R. SCHWARTZ,

       Respondent.

_____/

## ORDER OF DISMISSAL

     Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against the respondent, Brant R. Schwartz;

     IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Brant R. Schwartz by the petitioner is hereby dismissed without prejudice.

                               s/George Caram Steeh
                               United States District Judge

Dated:   August 2, 2012